No. 93–7177. JOHNS v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 92–1392. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES v. SCHOOLCRAFT ET AL.; and

No. 92–1395. ROERS, DIRECTOR OF MINNESOTA DISABILITY DETERMINATION SERVICES, ET AL. v. SCHOOLCRAFT ET AL. C. A. 8th Cir. Motion of respondents for leave to proceed in forma pauperis granted. Motion of the parties to vacate and remand denied. Certiorari denied.

No. 93–423. KATSIS v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 3d Cir. Motion of petitioner for leave to proceed further herein in forma pauperis granted. Certiorari denied.

No. 93–720. STEFFEN, COMMISSIONER, MINNESOTA DEPARTMENT OF HUMAN SERVICES v. MITCHELL ET AL. Sup. Ct. Minn. Motion of respondents for leave to proceed in forma pauperis granted. Certiorari denied.

No. 93–772. WILSON, GOVERNOR OF CALIFORNIA, ET AL. v. BIGGS ET AL. C. A. 9th Cir. Motion of Pacific Legal Foundation for leave to file a brief as amicus curiae granted. Certiorari denied.

No. 93–779. HUNTER v. CARBONDALE AREA SCHOOL DISTRICT ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 93–888. JACKSON ET AL. v. MITCHELL ET AL. Sup. Jud. Ct. Me. Motion of respondents for award of damages denied. Certiorari denied.

No. 93–6788. STEWART v. BENTSEN, SECRETARY OF THE TREASURY. C. A. D. C. Cir. Certiorari denied. JUSTICE GINSBURG took no part in the consideration or decision of this petition.

No. 92–1123. IZUMI SEIMITSU KOGYO KABUSHIKI KAISHA v. U. S. PHILIPS CORP. ET AL., ante, p. 27;

No. 93–421. EICHELBERGER ET AL. v. BALETTE ET AL., ante, p. 991;

No. 93–502. IN RE CORDOVA-GONZALEZ, *ante*, p. 992;

No. 93–544. MOLINA DE HERNANDEZ *v.* ARIZONA, *ante*, p. 993;

No. 93–5263. SWAIN *v.* ACCOUNTANTS ON CALL, *ante*, p. 884;

No. 93–5639. SWAIN *v.* DECATUR FEDERAL SAVINGS & LOAN ASSN., *ante*, p. 922;

No. 93–5803. HENDERSON *v.* BANK OF NEW ENGLAND, *ante*, p. 995;

No. 93–6057. WAHI *v.* HERMAN, *ante*, p. 969;

No. 93–6091. MOATS *v.* REID ET AL., *ante*, p. 970;

No. 93–6242. JAAKKOLA *v.* STATE INDUSTRIAL INSURANCE SYSTEM, *ante*, p. 997;

No. 93–6288. WOHLFORD ET UX. *v.* UNITED STATES, *ante*, p. 998;

No. 93–6336. SIAS *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante*, p. 1015;

No. 93–6340. CORETHERS *v.* STATE OF OHIO PROSECUTOR ET AL., *ante*, p. 999;

No. 93–6378. MENDEZ *v.* ZINGERS, *ante*, p. 1016;

No. 93–6450. PEEPLES *v.* ILLINOIS, *ante*, p. 1016;

No. 93–6480. TALON *v.* BROWN, SECRETARY OF VETERANS AFFAIRS, *ante*, p. 1028;

No. 93–6529. MANTILLA *v.* UNITED STATES, *ante*, p. 1002; and

No. 93–6642. IN RE MONROE, *ante*, p. 988. Petitions for rehearing denied.

No. 92–6794. VEREEN *v.* UNITED STATES, 507 U. S. 927. Motion for leave to file petition for rehearing denied.

JANUARY 21, 1994

No. 93–5256. WILLIAMSON *v.* UNITED STATES. C. A. 11th Cir. [Certiorari granted, *ante*, p. 1039.] In lieu of the first question